J. Kelby Van Patten, Bar No. 167553
kvp@paynefears.com
Jeffrey M. Hayes, Bar No. 246511
jmh@paynefears.com
Jared De Jong, Bar No. 260921
jdj@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants CENTEX HOMES and
CENTEX REAL ESTATE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. 1:14-cv-01450-LJO-GSA<br><br>(Related to:<br>1:14-cv-00217-LJO-GSA;<br>1:14-cv-00244-LJO-GSA;<br>1:14-cv-00451-LJO-GSA;<br>1:14-cv-00452-LJO-GSA;<br>1:14-cv-00601-LJO-GSA;<br>1:14-cv-00826-LJO-GSA;<br>1:14-cv-00992-LJO-GSA;<br>1:14-cv-01348-LJO-GSA;<br>1:14-cv-01235-LJO-SMS;<br>1:14-cv-00793-LJO-GSA;<br>1:14-cv-01384-LJO-GSA;<br>1:14-cv-01469-LJO-GSA;<br><br>**ORDER RE: JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. 25)<br><br>Judge:　Hon. Lawrence J. O'Neill<br>Magistrate Judge: Gary S. Austin<br><br>Trial Date:　　　None. |

The Parties' Joint Stipulation to Continue Status Conference was filed with the Court on November 7, 2014. (Doc. 25). After full consideration of the matter, the Court adopts the stipulation and vacates the scheduling conference currently set for November 18, 2014. The scheduling conference will be re-set at a later date as appropriate.

IT IS SO ORDERED.

Dated:   **November 12, 2014**              **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE