**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation; and FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC., an Iowa corporation, <br><br> Plaintiffs, <br><br> v. <br><br> CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 1:14-cv-01450-LJO-GSA <br><br> **The Hon. Lawrence J. O'Neill** <br><br> **ORDER GRANTING STIPULATION TO EXTEND REPLY DEADLINE** <br><br> Trial Date:   None. |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1  The Parties' joint stipulation to extend the deadline until January 5, 2014, for Centex
2  Homes and Centex Real Estate Corporation to file a Reply in Support of the Motion to Dismiss is
3  HEREBY granted.

IT IS SO ORDERED.

Dated:   **December 15, 2014**             **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

ORDER GRANTING STIPULATION