# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation; and FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC., an Iowa corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. 1:14-cv-01450-LJO-GSA<br><br>**The Hon. Lawrence J. O'Neill**<br><br>**ORDER GRANTING STIPULATION TO EXTEND REPLY DEADLINE (REQUEST FOR SECOND EXTENSION)**<br><br>Trial Date:　　None. |

The Parties' joint stipulation to extend the deadline until January 12, 2014, for Centex Homes and Centex Real Estate Corporation to file a Reply in Support of the Motion to Dismiss is HEREBY granted.

IT IS SO ORDERED.

　Dated:　**January 5, 2015**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING MOTION TO STIPULATION (REQUEST FOR SECOND EXTENSION)