# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation; and FIDELITY AND GUARANY INSURANCE UNDERWRITERS, INC., an Iowa corporation,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>　　　Defendants. | Case No. 1:14-cv-01450-LJO-GSA<br>Hon. Lawrence J. O'Neill<br><br>**ORDER ON REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF CERTAIN CLAIMS OF PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Pursuant to the stipulation by and between plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ST. PAUL MERCURY INSURANCE COMPANY and FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC. (collectively "TRAVELERS") and defendants CENTEX HOMES and CENTEX REAL ESTATE CORPORATION (collectively "CENTEX"), and good cause appearing therefore,

IT IS HEREBY ORDERED that the following claims asserted by TRAVELERS against CENTEX within the First Amended Complaint filed by TRAVELERS on October 31, 2014, are voluntarily DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs as to those claims:

1

Case No.: 1:14-cv-01450-LJO-GSA
**ORDER ON REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF CERTAIN CLAIMS OF PLAINTIFFS' FIRST AMENDED COMPLAINT**

- TRAVELRS' first, second and third counts for declaratory relief regarding whether CENTEX breached the cooperation clause in the insurance policies.
- TRAVELERS' first and second counts for breach of contract.
- TRAVELERS' cause of action for equitable reimbursement.

The following claims asserted by TRAVELERS against CENTEX within the First Amended Complaint filed by TRAVELERS on October 31, 2014, remain outstanding:

- TRAVELERS' first and second count for declaratory relief regarding CENTEX's claimed entitlement to independent counsel.

**SO ORDERED**
**Dated: January 15, 2015**

                                 /s/ Lawrence J. O'Neill
                                 **United States District Judge**

2

Case No.:  1:14-cv-01450-LJO-GSA
**ORDER ON REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF CERTAIN CLAIMS OF PLAINTIFFS' FIRST AMENDED COMPLAINT**