**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Jason Y. Chao, Esq. (SBN 2508735)
Angela Martin, Esq. (SBN 238426)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
jchao@aguileragroup.com
amartin@aguileragroup.com

Attorneys for Plaintiffs, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; ST. PAUL MERCURY INSURANCE COMPANY; and FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation; and FIDELITY AND GUARANY INSURANCE UNDERWRITERS, INC., an Iowa corporation,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>　　　Defendants. | Case No. 1:14-cv-01450-LJO-EPG<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

The Court, having read and considered the Joint Stipulation to Dismiss Action without Prejudice and good cause appearing therefore, HEREBY ORDERS that the entirety of the action is dismissed without prejudice, with each party to bear its own costs as to that claim.

**IT IS SO ORDERED**
**Dated: January 11, 2016**

　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　**United States District Judge**